No. 503. JAY *v.* BOYD, DISTRICT DIRECTOR, IMMIGRA-
TION AND NATURALIZATION SERVICE. C. A. 9th Cir. Cer-
tiorari granted. *Norman Leonard* for petitioner. *Solic-
itor General Sobeloff, Assistant Attorney General Olney,
Beatrice Rosenberg* and *Joseph A. Barry* for respondent.

No. 523. COLLINS ET AL. *v.* AMERICAN BUSLINES, INC.
ET AL. Supreme Court of Arizona. Certiorari granted.
*John P. Frank* for petitioners. *John R. Franks* for the
Industrial Commission of Arizona, respondent.

No. 529. DeSYLVA *v.* BALLENTINE, GUARDIAN. C. A.
9th Cir. Certiorari granted. Motions for leave to file
briefs of Music Publishers' Protective Association, Inc.;
American Society of Composers, Authors and Publishers;
Songwriters' Protective Association; and Motion Picture
Association of America, Inc., as *amici curiae,* granted.
*Pat A. McCormick* for petitioner. *Milton A. Rudin* for
respondent. *Sidney Wm. Wattenberg* for the Music
Publishers' Protective Association, Inc., *Herman Finkel-
stein* for the American Society of Composers, Authors
and Publishers, *John Schulman* and *Solomon A. Klein* for
the Songwriters' Protective Association, and *Sidney A.
Schreiber* for the Motion Picture Association of America,
Inc., movants.

No. 374. WALKER *v.* TEXAS. Court of Criminal Ap-
peals of Texas. Certiorari denied. *W. J. Durham* and
*U. Simpson Tate* for petitioner. *John Ben Shepperd,*
Attorney General of Texas, and *Will D. Davis,* Assistant
Attorney General, for respondent.